UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSELINE GOUNDER, et al.,

    Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA, et al.,

    Defendants.

Case No. 24-cv-06121-HSG

**SCHEDULING ORDER**

A case management conference was held on December 10, 2024. Having considered the parties' proposals, *see* Dkt. No. 20, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | March 28, 2025 |
| Close of Fact Discovery | June 26, 2025 |
| Exchange of Opening Expert Reports | July 11, 2025 |
| Exchange of Rebuttal Expert Reports | July 26, 2025 |
| Close of Expert Discovery | August 10, 2025 |
| Dispositive Motion Hearing Deadline | September 25, 2025, at 2:00 p.m. |
| Pretrial Conference | December 16, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | January 12, 2026 at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 12/11/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge